UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61103-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

**MIGUEL A. LOPEZ,**

       **Plaintiff,**

**v.**

**ECOLABS, INC.,**

       **Defendant.**
_____/

<u>**ORDER**</u>

This matter is before the Court upon the Parties' Joint Motion to Approve Settlement Agreement [D.E. 26]. The Parties have submitted a Settlement Agreement to this Court for this approval. However, this case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, <u>et</u> <u>seq</u> ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." <u>Id</u>. The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id*. at 1354.

On January 14, 2009, the undersigned directed the Plaintiff to file statement of claim by January 30, 2009 and directed the Defendant to file a response within ten days of Plaintiff's filing its statement [D.E. 21]. Neither Party complied with the undersigned's order, and thus the undersigned is unable to determine whether the Settlement Agreement submitted by the Parties represents a "fair and reasonable resolution" of Plaintiff's FLSA

claim as required by the Eleventh Circuit in *Lynn Food Stores*.

Accordingly, it is hereby

**ORDERED** that on or before March 3, 2009, Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages.

**DONE AND ORDERED** at Miami, Florida, this 25th day of February, 2009.

*Andrea M. Simonton*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record via CM/ECF